## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

WESLEY HUSKEY                                                                          PLAINTIFF

V.                                             3:13CV00267-JJV

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                         DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with

prejudice.

IT IS SO ORDERED this 21st day of August, 2014.

_____

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE